JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TERESA T. M.,[1]

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,[2]

Defendant.

Case No. EDCV 25-0177 PVC

**JUDGMENT**

Pursuant to the Memorandum Decision and Order, IT IS HEREBY ADJUDGED that judgment is entered in Plaintiff's favor, the decision of the Commissioner is REVERSED, and this action is REMANDED for further administrative proceedings.

DATED: September 30, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano, Commissioner of Social Security, is substituted for his predecessor. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d). The Clerk shall update the case caption.